# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) JENNY M. DAVIDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 14-CV-32-KEW |
| | ) | |
| (1) PORTFOLIO RECOVERY ASSOCIATES, LLC | ) | The Honorable Kimberly E. West |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, Jenny M. Davidson, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and the parties are is in the process of finalizing the settlement. The parties anticipate that the settlement will be finalized in 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter, and that this cause be administratively closed until April 24, 2014, at which time, provided that settlement has been finalized, the parties will file a joint stipulation of dismissal.

Respectfully submitted,



/s/ Victor R. Wandres
Victor R. Wandres, OBA #19591
4835 S. Peoria Ave., Suite 1
Tulsa, OK 74105
(918) 200-9272

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2014, I hereby electronically served a copy of the foregoing Notice of Settlement through the Court's CM/ECF system on the following persons:

Keith Weir

/s/ Victor R. Wandres